Charles H. Albers, Receiver, Appellee, v. Floyd M. Overby, Appellee, and Sam Shreffler, Appellant.

Gen. No. 9,670.

Heard in this court at May term, 1941; opinion filed August 7, 1941. Claude M. Granger, for appellant; Ode L. Rankin, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."